IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| Keith Robins and Christine Robins<br><br>          Plaintiff,<br><br>vs<br><br>PNC Bank, N.A. and National City Mortgage Company<br><br>          Defendants.<br><br>PNC Bank, N.A., successor to National City Bank<br><br>          Counter-Plaintiff,<br><br>vs<br><br>Keith Robins; Christine Robins; and Rockford Bell Credit Union<br><br>          Counter-Defendants, | No. 12 CV 3086 |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Counter-Plaintiff, PNC Bank, National Association, successor to National City Bank, by its attorneys CROWLEY & LAMB, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Counter-Defendant(s):

Keith Robins, Christine Robins, and Rockford Bell Credit Union, and as grounds thereof state:

As appears from the Affidavit of Counter-Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Counter-Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                                PNC Bank, National Association, successor to National City Bank

                                                By: /s/       Christina M. Ripley
                                                                        One of Its Attorneys

James M. Crowley (ARDC #6182597)
Christina M. Ripley (ARDC #6293641)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900